

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**AMENDED MINUTES OF PROCEEDINGS**
**BEFORE HON. AIDA M. DELGADO-COLÓN, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY CLERK: Verónica S. Otero Rivera
COURT REPORTER: Joe Reynosa
COURT INTERPRETER: Carlos Ravelo and Denisse Serrano
GOV'T INTERPRETER: Mayra Cardona
COURT SECURITY OFFICER (CSO): Eloy Febres
DEPUTY US MARSHAL: Raul Camacho

|  | **Attorneys present:** |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>LUIS ANGEL DOMENECH-ACABA (1)<br>Defendant. | AUSA Daynelle Alvarez-Lora<br>AUSA Emelina Agrait-Barreto<br><br><br><br>AFPD Yasmin Irizarry<br>AFPD Hector Sueiro-Alvarez |

**CASE CALLED FOR SECOND DAY OF JURY TRIAL**.

Defendant was present in the courtroom and was assisted by a certified court interpreter. The courtroom was open to the public.

Before the case was called for jury trial, housekeeping matters discussed in relation to the potential testimony of agent Alexander Tirado. The following entries from Crim. No. 23-063 (FAB) were reviewed by the Court during the housekeeping session outside the presence of the jury, and were made part of the record in support of the findings made:

1) Excerpt of ECF No. 225 (pages 1 through 8);
2) Minute Entry at ECF No. 226;
3) Motion at ECF No. 216.

The jury was brought in. The government called Nelida Jimenez to the stand and sworn testimony heard. Direct and cross examination conducted. The government called Alexander Tirado to the stand and sworn testimony heard. The witness was qualified as expert in the field of computer forensics. Direct, cross, re-direct examination conducted.

**MINUTES OF PROCEEDINGS**
Jury Trial (Second Day)– February 23, 2026.
Case No. 3:25-CR-00109-1 (ADC)

  At 5:30 PM, the jury was excused for the day and ordered to reconvene on February 25, 2026, at 9:00 AM, for continuance of trial. At the government's request, the court instructed witness Rose Sánchez that her presence is required for continuance of trial on February 25, 2026.

  **Further Jury Trial set for February 25, 2026, at 9:00 AM in Hato Rey Courtroom 1 before Judge Aida M. Delgado-Colón.**

                s/ Verónica S. Otero Rivera
                Courtroom Deputy Clerk

**Exhibits admitted:** Government Exhibits 1-1 through 1-6, 1-3T, 1-4T, 1-5T, 1-6T, 1-8, 1-8T, 2, 2-T, 3, 3a, 3-T, 4, 4-T, 5, 5-T, 6, 6-T, 8a, 6, 6-1 through 6-100, 6-101 (audiovisual), 6-102 (audiovisual), 6-103 (audiovisual), 6-103T, 6-104 (audiovisual), 6-104T, 6-107 (audiovisual), 6-108 (audiovisual), 6-109 (audiovisual), 6-110 (audiovisual), 6-111 (audiovisual), 6-112 (audiovisual), 6-113 (audiovisual), 7, 7-T, 7-1, 7-1T. Defendant's Exhibit A.