# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| Morning Session: | Afternoon Session: |
|---|---|
| Set: 9:00 AM | Set: 1:30 PM |
| Started 9:34 AM: | Started: 1:45 PM |
| Ended: 12:32 PM | Ended: 4:56PM |

**MINUTES OF PROCEEDINGS**
**BEFORE HON. AIDA M. DELGADO-COLÓN, U.S. DISTRICT JUDGE**

February 25, 2026
**CASE NO. 3:25-CR-109-01 (ADC)**

COURTROOM DEPUTY CLERKS: Carmen Tacoronte / Verónica Otero
COURT REPORTER: Joe Reynosa
COURT INTERPRETER: Carlos Ravelo / Dennise Serrano/ Mayra Cardona [1]
GOV'T INTERPRETER: Mayra Cardona
COURT SECURITY OFFICER (CSO): Eloy Febres
DEPUTY US MARSHAL: Raúl Camacho

| | **Attorneys present:** |
|---|---|
| UNITED STATES OF AMERICA | AUSA Daynelle Álvarez-Lora |
| | AUSA Emelina Agrait-Barreto |
| vs. | |
| LUIS ANGEL DOMENECH-ACABÁ (1) | AFPD Yasmín Irizarry |
| Defendant. | AFPD Héctor Sueiro-Álvarez |

**THIRD AND FINAL DAY OF JURY TRIAL HELD.**

Defendant was present in the courtroom, under custody, and was assisted by a certified court interpreter. The courtroom was open to the public.

Housekeeping matters were addressed outside the jury's presence. The government requested that the minutes from the February 24, 2026 session be amended to reflect the withdrawal of Government's Exhibits 6-105 and 6-106, and the admission of Government's Exhibit 6-113T. Also, Government's Exhibit 6 was redacted to eliminate lines 105 and 106. The minutes will be amended accordingly. The defense also requested that, during the victim's testimony, the government refrain from asking whether she knew the defendant was recording their video calls. The Court ruled that this line of questioning would not be prejudicial. Arguments heard regarding the victims's age and her ability to consent to a sexual relationship. The Court ruled that the minor's consent is irrelevant since the defendant is not charged with sexual assault.

The jury was brought in. Direct testimony of R.Y.S.A was heard on behalf of the

---

[1] Interpreter Mayra Cardona served as interpreter for the court during the afternoon session (1:45 PM through 4:56 PM).

**MINUTES OF PROCEEDINGS**
Jury Trial (Third Day)– February 25, 2026.
Case No. 3:25-CR-109-1 (ADC)

government. Cross examination and re-direct conducted. The government rested their case. Defense rested their case. At 11:06 AM, the jury was excused for lunch until 1:30 PM.

Out of the presence of the jury, the defense requested the dismissal of all counts under Rule 29. The government opposed. After hearing the parties, the Court denied the motion. Charging conference held in chambers with the assistance of the Court Reporter, as requested by the defense.

Upon returning from lunch recess, closing arguments heard. Final jury instructions delivered. The Court Security Officers were sworn in and the jury retired to deliberate at 3:53PM.

At 4:35 PM, Jury Note No. 1 was received informed a verdict had been reached. The jury was brought into the courtroom with all parties present, and verdict was published. **The jury unanimously found defendant, Luis Angel Domenech-Acaba, GUILTY as to Counts 1s and 2s of the Superseding Indictment.**

The jury was polled and all members answered in the affirmative. The Court excused the jury from further participation.

**Sentencing Hearing was set for May 14, 2026 at 10:00 AM in Hato Rey Courtroom 1 before Judge Aida M. Delgado-Colón.** The Court ORDERS the preparation of a Pre-sentence Investigation Report.

s/ Carmen Tacoronte
Carmen Tacoronte

s/Verónica Otero
Verónica Otero
Courtroom Deputy Clerks

**Exhibits admitted:**
Government: None
Defendant: None