Jury Note #1
Crim. No. 25-109 (ADC)

02/25/26

The jury have reached a verdict.



Received
16:35
CSO Eloy Febres