IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

LUIS ANGEL DOMENECH-ACABA,

*Defendant.*

CRIMINAL NO. 25-109 (ADC)

JURY VERDICT FORM

All questions asked in this jury verdict form are to be determined by unanimous jury vote.

### COUNT ONE

As to COUNT ONE of the Indictment for Production of Child Pornography:

We the jury, find the defendant, LUIS ANGEL DOMENECH-ACABA,

√  GUILTY

___ NOT GUILTY

### COUNT TWO

As to COUNT TWO of the Indictment for Possession of Child Pornography:

We the jury, find the defendant, LUIS ANGEL DOMENECH-ACABA,

√  GUILTY

___ NOT GUILTY

25 Feb 26   4:25AM
DATE AND TIME                FORPERSON'S SIGNATURE