United States District Court
District of Puerto Rico
Exhibits Log: 25-109 (ADC)_JT
USA v. Luis Angel Domenech-Acaba (1), 2/23/2026

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1-1 | Device Screenshot #1 |
| Gov-1-10 | Device Screenshot #10 |
| Gov-1-10T | Device Screenshot #10 Translation |
| Gov-1-11 | Device Screenshot #11 |
| Gov-1-11a | Device Screenshot #11 as marked by witness |
| Gov-1-11b | Device Screenshot #11 as marked by witness |
| Gov-1-11T | Device Screenshot #11 Certified Translation |
| Gov-1-12 | Device Screenshot #12 |
| Gov-1-12T | Device Screenshot #12 Certified Translation |
| Gov-1-13 | Device Screenshot #13 |
| Gov-1-13T | Device Screenshot #13 Certified Translation |
| Gov-1-14 | Device Screenshot #14 |
| Gov-1-15 | Device Screenshot #15 Certified Translation |
| Gov-1-16 | Device Screenshot #16 Certified Translation |
| Gov-1-2 | Device Screenshot #2 |
| Gov-1-3 | Device Screenshot #3 |
| Gov-1-3T | Device Screenshot #3 Certified Translation |
| Gov-1-4 | Device Screenshot #4 |
| Gov-1-4T | Device Screenshot #4 Certified Translation |
| Gov-1-5 | Device Screenshot #5 |
| Gov-1-5T | Device Screenshot #5 Certified Translation |
| Gov-1-6 | Device Screenshot #6 |
| Gov-1-6T | Device Screenshot #6 Certified Translation |
| Gov-1-7 | Device Screenshot #7 |
| Gov-1-7a | Device Screenshot #7 as marked by witness |
| Gov-1-7T | Device Screenshot #7 Translation |
| Gov-1-8 | Device Screenshot #8 |
| Gov-1-8T | Device Screenshot #8 Certified Translation |
| Gov-1-9 | Device Screenshot #9 |
| Gov-1-9a | Device Screeshot #9 as marked by witness |
| Gov-1-9T | Device Screenshot #9 Translation |
| Gov-2 | Device User Report |
| Gov-2-T | Device User Report Certified-Translation |
| Gov-3 | User Account Cellphone Report |
| Gov-3-a | Photo in User Account Cellphone Report |
| Gov-3-T | User Account Cellphone Report Certified-Translation |
| Gov-4 | Emails Report |
| Gov-4-T | Emails Report Certified-Translation |
| Gov-5 | Contact Information Report |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-5-T | Contact Information Report Certified-Translation |
| Gov-6 | Secured Folder Report (Redacted) |
| Gov-6-1 | Image #1 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-10 | Image #10 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-100 | Image #100 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-101 | Video #1 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-102 | Video #2 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-103 | Video #3 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-103T | Video #3 Certified Translation |
| Gov-6-104 | Video #4 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-104T | Video #4 Certified Translation |
| Gov-6-107 | Video #7 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-108 | Video #8 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-109 | Video #9 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-11 | Image #11 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-110 | Video #10 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-111 | Video #11 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-112 | Video #12 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-113 | Video #113 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-113T | Video #13 Certified Translation |
| Gov-6-12 | Image #12 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-13 | Image #13 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-14 | Image #14 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-15 | Image #15 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-16 | Image #16 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-17 | Image #17 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-18 | Image #18 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-19 | Image #19 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-2 | Image #2 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-20 | Image #20 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-21 | Image #21 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-22 | Image #22 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-23 | Image #23 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-24 | Image #24 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-25 | Image #25 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-26 | Image #26 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-27 | Image #27 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-28 | Image #28 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-29 | Image #29 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-3 | Image #3 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-30 | Image #30 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-31 | Image #31 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-32 | Image #32 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-33 | Image #33 (Under the custody of the U.S. Attorney's Office) |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-6-34 | Image #34 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-35 | Image #35 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-36 | Image #36 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-37 | Image #37 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-38 | Image #38 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-39 | Image #39 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-4 | Image #4 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-40 | Image #40 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-41 | Image #41 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-42 | Image #42 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-43 | Image #43 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-44 | Image #44 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-45 | Image #45 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-46 | Image #46 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-47 | Image #47 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-48 | Image #48 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-49 | Image #49 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-5 | Image #5 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-50 | Image #50 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-51 | Image #51 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-52 | Image #52 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-53 | Image #53 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-54 | Image #54 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-55 | Image #55 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-56 | Image #56 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-57 | Image #57 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-58 | Image #58 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-59 | Image #59 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-6 | Image #6 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-60 | Image #60 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-61 | Image #61 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-62 | Image #62 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-63 | Image #63 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-64 | Image #64 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-65 | Image #65 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-66 | Image #66 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-67 | Image #67 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-68 | Image #68 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-69 | Image #69 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-7 | Image #7 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-70 | Image #70 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-71 | Image #71 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-72 | Image #72 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-73 | Image #73 (Under the custody of the U.S. Attorney's Office) |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-6-74 | Image #74 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-75 | Image #75 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-76 | Image #76 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-77 | Image #77 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-78 | Image #78 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-79 | Image #79 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-8 | Image #8 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-80 | Image #80 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-81 | Image #81 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-82 | Image #82 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-83 | Image #83 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-84 | Image #84 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-85 | Image #85 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-86 | Image #86 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-87 | Image #87 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-88 | Image #88 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-89 | Image #89 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-9 | Image #9 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-90 | Image #90 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-91 | Image #91 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-92 | Image #92 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-93 | Image #93 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-94 | Image #94 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-95 | Image #95 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-96 | Image #96 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-97 | Image #97 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-98 | Image #98 (Under the custody of the U.S. Attorney's Office) |
| Gov-6-99 | Image #99 (Under the custody of the U.S. Attorney's Office) |
| Gov-8 | Photo of cellphone |
| Gov-8-a | Picture of phone |
| Gov-9 | Adult Male Female Minor Video #1 (Under the custody of the U.S. Attorney's Office) |
| Gov-10 | Adult Male Female Minor Video #2 (Under the custody of the U.S. Attorney's Office) |
| Gov-11 | Adult Male Female Minor Video #3 (Under the custody of the U.S. Attorney's Office) |
| Gov-12 | Adult Male Female Minor Video #4 (Under the custody of the U.S. Attorney's Office) |
| Gov-13 | Adult Male Female Minor Video #5 (Under the custody of the U.S. Attorney's Office) |
| Gov-13-T | Adult Male Female Minor Video #5 Certified Translation |
| Defen-A | |